[Nos. 45795-4-II; 45868-3-II.   Division Two.   July 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY ZIMMERLE, *Appellant*.

*In the Matter of the Personal Restraint of* BOBBY ZIMMERLE, *Petitioner*.

Judgment *reversed* and *remanded* and petition *dismissed* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 45814-4-II.   Division Two.   July 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAYMOND FORGA, *Appellant*.

*Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.

[No. 45835-7-II.   Division Two.   July 7, 2015.]

*In the Matter of the Marriage of* JOHN ARTHUR MASON, *Respondent*, and TATYANA IVANOVNA MASON, *Appellant*.

*Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Maxa, JJ.